IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 25-cr-00092-SRB |
| R. DAVON BURTON, | ) | |
| Defendant. | ) | |

## ORDER

Before this Court is Magistrate Judge W. Brian Gaddy's Report and Recommendation (Doc. #30) that this Court enter an order finding that Defendant R. Davon Burton ("Defendant") is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Any objections to the Report and Recommendation were to be filed on or before February 4, 2026. No objections were filed. Therefore, after an independent review of the record and the applicable law, the Court ADOPTS the Report and Recommendation (Doc. #30). Accordingly, it is hereby **ORDERED** that the Report and Recommendation (Doc. #30) be attached to and made a part of this Order.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: February 5, 2026